

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In re Sentry Insurance
a Mutual Company,

\* Original Mandamus Proceeding

No. 11-22-00053-CV

\* April 14, 2022

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

This court has inspected the record in this cause and concludes that Relator's petition for writ of mandamus should be denied. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is denied.